UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: KLEIN & SOLOMON, LLP.

HESHAM AWAD, ETAL

Plaintiff(s)

Index # 1:18-CV-10810-NRB

- against -

SHARIF OMAR, ETANO

Purchased November 20, 2018

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF Nevada : COUNTY OF Clark ss:

Karie Castle BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 330 E. Warm Springs Road #A7 Las Vegas, NV 89119

That on January 9, 2019 at 07:00 PM at

2747 PARADISE ROAD, UNIT 3103
LAS VEGAS, NV 89109

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET on SAMI OMAR therein named.

**INDIVIDUAL** by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 45 | 5'8 | 200 |

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

State of Nevada
County of Clark
Subscibed and Sworn to Before me
on January 11th, 2019

Sworn to me on:
Notary:

ERIKA SORIANO
NOTARY PUBLIC STATE OF NEVADA
No. 18-2095-1
MY APPT EXP MARCH 20, 2022

Server: Karie Castle

Invoice #: 708827

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045