

# Belkin Burden Wenig & Goldman, LLP

ATTORNEYS AT LAW

270 Madison Avenue
New York, NY 10016
Tel 212. 867. 4466
Fax 212. 297. 1859

495 Post Road East
Westport, CT 06880
Tel 203. 227. 1534
Fax 203. 227. 6044

www.bbwg.com

**Jay B. Solomon**
*Partner*
212. 867. 4466 Ext 497
jsolomon@bbwg.com

May 10, 2019

**By ECF**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Perl Street
New York, NY 10007

        Re: Hesham Awad, *et. al.* v. Sharif Omar, *et. al.*
        Case No. 18-cv-10810 (NRB)

Dear Judge Buchwald:

  I am the attorney for the Plaintiffs in the referenced case. I respectfully submit this letter to notify the Court that the Plaintiffs and Defendant Sami Omar have entered into a Consent Decree to resolve the Plaintiffs' claims against Sami Omar, which I filed this morning as a Proposed Consent Order on ECF. *See* Dkt. No. 35.

  As the Court may recall, this is a Civil RICO case concerning the Omar family's investments in certain real properties and a pharmaceutical company in New York. In or about 2009, the family patriarch, Lotfi Omar, transferred these valuable assets to the other family members, leaving his two eldest sons, Sharif and Sami, in control of the family investments. After they gained control of such assets, Sharif and Sami conspired to deprive the other family members of the financial benefits of the family investments through fraud and looting. Throughout this period, Sharif exerted control over Sami, directing his actions against the other family members. Ultimately, Sharif forced Sami to transfer all of his interests in the family assets to Sharif. Sami is now willing to cooperate with the Plaintiffs to prove the allegations set forth in the First Amended Complaint against Sharif.

  As provided in the Consent Decree, Sami Omar agrees to cooperate with, and to provide material assistance to the Plaintiffs in proving the allegations set forth in the First Amended Complaint against Defendant Sharif Omar, and in return for his cooperation and truthful testimony in the case, Plaintiffs agree not to enforce any monetary claims against him. Plaintiffs and Defendant Sami Omar negotiated and entered into a Consent Decree, Dkt. No.35, and now seek the Court's review and signature.

  Thank you for your consideration of this matter.

            Respectfully submitted,

            Jay B. Solomon

cc: Philip J. Campisi, Jr., Esq.