```
                                                            ┌─────────────────────────┐
                                                            │ USDC SDNY               │
                                                            │ DOCUMENT                │
                                                            │ ELECTRONICALLY FILED    │
                                                            │ DOC #:                  │
                                                            │ DATE FILED: 5/9/19      │
                                                            └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HESHAM AWAD, SHERIN AWAD, AHMED AWAD, JEHAN
AWAD, NABIL EL SHAIKH, ASHA EL
SHAIKH, YUSUF ELSHAIKH, OMAR ELSHAIKH
and MOHAMED OMAR,

Case No: 18-cv-10810 (NRB)

                Plaintiff,

**STIPULATION AND ORDER**

    - against –

SHARIF OMAR and SAMI OMAR,

                Defendants.
-----------------------------------------------------------------X

      **WHEREAS**, on November 19, 2018, plaintiffs commenced this action by the filing of a Complaint against defendants Sharif Omar ("Sharif") and Sami Omar [ECF No. 1];

      **WHEREAS**, on February 20, 2019, Sharif filed a letter requesting a pre-motion conference in connection with his anticipated motion to dismiss the Complaint [ECF No. 19];

      **WHEREAS**, on February 25, 2019, plaintiffs opposed Sharif's letter request [ECF No. 21] and filed a First Amended Complaint against Sharif and Sami Omar [ECF No. 20];

      **WHEREAS**, on March 11, 2019, Sharif filed a second letter requesting a pre-motion conference in connection with his anticipated motion to dismiss the First Amended Complaint [ECF No. 23];

      **WHEREAS**, on April 17, 2019 the Court held a telephonic conference at which time the Court, *inter alia*, granted counsel for Sharif's request to file a motion to dismiss the First Amended Complaint, and directed counsel for the parties to file a briefing schedule for such motion.

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiffs and Sharif, by and through their undersigned counsel, as follows:

    1) The recitals set forth above are incorporated by reference and made a part hereof;

    2) Sharif's motion to dismiss, together with all supporting papers, shall be filed on or before

June 24, 2019;

3) Plaintiff's opposition to Sharif's motion, if any, shall be filed on or before July 24, 2019; and

4) Sharif's reply in further support of his motion, if any, shall be filed on or before August 23, 2019.

Dated: New York, New York
       May 8, 2019

BELKIN BURDEN WENIG & GOLDMAN, LLP

By: _____
Jay B. Solomon, Esq.
270 Madison Avenue
New York, New York 10016
*Attorney for Plaintiff*

Dated: Uniondale, New York
       May 9, 2019

WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

By: _____
Philip J. Campisi, Esq.
1201 RXR Plaza
Uniondale, New York 11556
*Attorneys for Defendant Sharif Omar*

SO ORDERED:

_____
Naomi Reice Buchwald, D.J.
5/9/19